IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERNESTO RODRIGUEZ ORDUNEZ,

    Petitioner,

v.                                                                 CIV 12-0792 JCH/KBM

PENITENTIARY OF NEW MEXICO,
JAMES LOPEZ, Warden,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on July 8, 2013 in this counseled habeas action. *See Doc. 29.* The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. To-date, counsel has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 29)* is ADOPTED;

2. Per habeas counsel's position and/or the Court's findings above, the Second Amended Petition is considered amended to have dropped the sufficiency of the evidence claim and the unexhausted ineffectiveness claim designated by Petitioner as "J;"

3. The Motion to Dismiss *(Doc. 17)* is GRANTED;

4. The § 2254 petition as amended above, is DENIED as without merit and **dismissed with prejudice;** and

5.  A final order and order denying a certificate of appealability enter concurrently herewith.


                                                   _____
                                                   UNITED STATES DISTRICT JUDGE